Frederick H. Strauss et al., Appellees, v. Sol Boris and
Ralph Boris, Trading as Boris Bros., Appellants.

Gen. No. 44,894.

Wind, Wind & Canan,
for appellant; Albert A. Wind, of counsel; Samuel J. Andalman, for
appellees; Sheldon O. Collen, of counsel. Opinion by PRESIDING JUSTICE
TUOHY. Not to be published in full. Opinion filed January 23, 1950;
released for publication February 3, 1950.

Max Chizewski and Pauline Chizewski, Appellees, v.
Lillian Potter, Administratrix of Estate of Han-
nah Barnett, Deceased, and William E. Decker,
Appellants.

Gen. No. 44,850.

Clarence W. Shaver, for
appellants; Louis E. Levinson, of counsel; Wayne & LeVine, for appel-

278